EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| Sara H. Cortés Correa | 2021 TSPR 122 |
| | 207 DPR _____ |

Número del Caso: TS-8,146

Fecha: 9 de agosto de 2021

Abogada de la parte peticionaria:

 Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Sara H. Cortés Correa                TS-8,146


RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de agosto de 2021.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía* que presentó la Sra. Sara H. Cortés Correa, se provee ha lugar. En consecuencia, se reinstala a la señora Cortés Correa al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina